USDC SDNY

DATE FILED: 9/27/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VENUS ET FLEUR, LLC,

        Plaintiffs,

v.

ETERNAL FLEUR, LLC and AMANDA WOJTAS,

        Defendants.

Case No.: 1:18-cv-07326-CM

STIPULATION AND ORDER EXTENDING TIME OF DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

**IT IS HEREBY STIPULATED** and agreed by the attorneys for the parties indicated below that the time of Defendants, ETERNAL FLEUR, LLC and AMANDA WOJTAS, to answer or otherwise respond to the Complaint filed by the Plaintiff herein is extended from September 27, 2018, to and including October 21, 2018.

**IT IS HEREBY FURTHER STIPULATED** and agreed by the attorneys for the parties indicated below that Defendants, ETERNAL FLEUR, LLC and AMANDA WOJTAS, hereby waive any defense they may have based on service of process.

Dated: September 20, 2018

**PASHMAN STEIN WALDER HAYDEN, P.C.**

By: _____
Sean Mack, Esquire
Michael J. Zoller, Esquire
2900 Westchester Avenue
Suite 204
Purchase, New York 10577
Tel: (914) 612-4092
*Attorneys for Plaintiff*

**COHEN LEGAL OFFICES**

By: ____s//Alex Cohen//____
Alex Cohen, Esquire
Cohen Legal Offices
515 E Las Olas Blvd Suite 120
Fort Lauderdale, FL 33301
*Tel: (954) 903-3676*
*Attorney for Defendants*

SO ORDERED this 27 day of September, 2018.

_____
Honorable Colleen McMahon